UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

ONCHAIN LABS, INC.,

                Defendants.

**ORDER**

21 Civ. 4129 (ER)

RAMOS, D.J.:

    Plaintiff filed the instant suit on May 7, 2021.  Doc. 1.  A summons was issued on May 10, 2021, Doc. 4, and Plaintiff filed an affidavit of service on May 25, 2021, Doc. 5.  Since then, there has been no activity in this matter.  Accordingly, Plaintiff is directed to submit a status report by September 13, 2021.  Failure to comply with this Order could result in the Court dismissing the case for failure to prosecute.  *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   August 30, 2021
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.